**No. 52248.**—Louis Meyers & Son, Inc. *v.* United States, protest 102091–K (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52249.**—F. A. Ramig Co. et al. *v.* United States, protests 503828–G, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52250.**—Samuel McCrudden & ,Co., Inc., et al. *v.* United States, protests 767124–G, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52251.**—Heir Bros., Inc., et al. *v.* United States, protests 69301–K, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52252.**—Abercrombie & Fitch Co. et al. *v.* United States, protests 85077–K, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.